1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Peres-Miranda

7

8                 UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Case No. 08mj2084
                                                    )
12               Plaintiff,             )
                                                    )
13 v.                                    )
                                                    )    **NOTICE OF APPEARANCE**
14 **MARCO PERES-MIRANDA,**        )
                                                    )
15              Defendant.           )
                                                    )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                                    Respectfully submitted,

21 Dated: July 14, 2008                     *s/ James M. Chavez*
                                                   Federal Defenders of San Diego, Inc.
22                                                    *james_chavez@fd.org*

23

24

25

26

27

28

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Peres-Miranda

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2084 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **MARCOS PERES-MIRANDA**, | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
Efile.dkt.gc2@usdoj.gov

Dated: July 14, 2008

                                               s/ *James M. Chavez*
                                               JAMES M. CHAVEZ
                                               Federal Defenders of San Diego, Inc.,
                                               225 Broadway, Suite 900
                                               San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
                                               e-mail: james_chavez@fd.org